UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ROSALIND SPAIN                            CIVIL ACTION NO. 19-cv-0262

VERSUS                                     JUDGE FOOTE

LOUISIANA CVS PHARMACY, ET AL      MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Defendants removed this case based on an assertion of diversity jurisdiction, which puts the burden on them to show by a preponderance of the evidence that the amount in controversy exceeds $75,000. Defendants point to Plaintiff's allegations that she slipped and fell and suffered injuries that included facial abrasion, cervical strain, and head injury (unspecified). Plaintiff's petition also seeks various categories of damages, as is standard in most personal injury petitions.

Defendants do not provide any additional facts regarding Plaintiff's injuries, medical care, settlement demands, or other information relevant to damages. The mere recitation in a petition of the standard categories of damages sought is ordinarily not sufficient to meet the removing party's burden. Carr v. Mayclin, 2018 WL 4839236 (W.D. La. 2018). It may be that the petition has enough facts to make it facially apparent that the amount in controversy element is met, but there is certainly room for reasonable minds to differ. Accordingly, the removing defendants will be allowed until **March 18, 2019** to file an amended notice of removal and attempt to set forth additional facts in support of their burden. Doing so may avoid the fate of parties in cases such as Simon v. Walmart Stores,

Inc., 193 F.3d 848 (5th Cir. 1999), where the case was tried to a jury verdict but thrown out of federal court by the Fifth Circuit because the notice of removal was lacking with respect to the amount in controversy. The court will assess the pleadings after the deadline and make a final determination of whether the removing parties have met their burden or whether the case should be remanded.

    THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of March, 2019.

Mark L. Hornsby
U.S. Magistrate Judge